**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| DENISE GREEN,            )<br>                                         )<br>       Plaintiff,                    )<br>                                         )<br>       vs.                              )<br>                                         )<br>PINNACLE FINANCIAL GROUP )<br>INCORPORATED,           )<br>                                         )<br>       Defendant.               ) | Case No. 8:10-cv-01241-DKC<br><br>**NOTICE OF DISMISSAL** |

Now comes the Plaintiff, DENISE GREEN, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
mluxenburg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
mluxenburg@attorneysforconsumers.com